United States District Court Of Idaho

U.S. COURTS
FEB 17 2022
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Devin M. Lawson
vs.
DEPUTY HUMMER
KOOTENAI CO. SHERIFFS OFFICE
SGT. NORRIS
ET. AL.

Complaint
Case no:

## Jurisdiction and Venue

This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of state and federal law, of rights secured by the Constitution of the United States Of America. The Court has juristiction under 28 U.S.C. Section 1331 and 1343 (A) (3) plaintiff seeks declitory relief pursaunt to 28 USC. Section 2201 and 2202. plaintiff claim for injunctive relief are authorized by 28 USC. section 2283 and 2284 and rule 65 of the Federal rules of Civil procedure. The United States district Court of Idaho is an appropriate venue under 28 U.S.C. Section 1391 (B) (2) because its where the events giving rise to this claim occured

II plaintiff

I plaintiff, Devin M. Lawson is and was at all times mentioned herien an inmate of the State of Idaho in the custody of Kootenai County sheriffs office

### Defendants

Deputy Hummer, Sgt. Norriss, E.T. AL are being sued individually and in his or her official ~~capa~~ capacity. At all times mentioned in this complaint each defendant acted under the color of state and federal law

### Prayer for relief

~~wherefore~~, plaintiff respectfully prays that this court enter judgment granting Devin M. Lawson a declaration that acts and ommisions described herien violated my rights under the constitution and the laws of the United States. Where a preliminary and permanent injunction ordering defendants pay compensation nominal and punitive damages in the amount of one million dollars for every state violation and one hundred million dollars in the federal level, or the maximum amount allowed by law, against each defendant jointly, and seperately. A trial on all issues triable by law, all plaintiff costs, fees, all attorney fees, in this suit and, or,

any additional relief this court deems just, proper and equitable

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therien are true, except as to matters alleged on information and belief, and as to those. I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed in Coeur d'Alene, Id on date 2-11-22

x __[signature]__
Devin Lawson
jail # 632630
11/19/85
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

Devin M. Lawson
PO Box 9000
COA, Id
83816

Clerk of Court
U.S. District of Idaho
6450 N. Mineral dr. Suit 210
C'DA, Id
83815

LEGAL MAIL