IN THE UNITED STATES COURT
FOR THE DISTRICT OF IDAHO

Devin M. Lawson
  vs.
Deputy Hummer
Kootenai Co. Sheriffs office
ET. AL

Legal Claim

Case #

U.S. COURTS
FEB 17 2022
Rcvd___ Filed___ Time mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

On the morning of Dec 25th, I was walking with inmate ____ Stone. We were nighttime janitors. I was inside the janitors closet at the time of incident. All night along with previous nights prior deputy Hummer would "joke around" and threaten me with his tazer. So I thought he was joking until this night. While I was inside the closet Hummer kept enticing & pushing me to grab candy off the shelf. I told him no multiple times. He eventually talked me into it. Immediately when I grabbed the candy he stepped inside the closet with me with his tazer drawn and pointed at my chest. He was screaming at the top of his lungs to "get down." I was extremely startled and I **urinated** in my pants. He immediately started laughing with inmate Stone and he put his tazer away. As they continued to laugh I had pee dripping down my leg. This is when I realized all his "joking" threats to taze me were **Not** jokes. I've been un-easy ever since. I've grieved this matter ____ times now. Most recently deputy Hummer was trying to convince inmates right beside me that His side of story is right. He was literally trying to convince them to turn on me. Slandering my name to them, he was trying to plant seeds that I'm a rat for bringing this to light & pursuing accountibility.

I've made multiple attempts to try to be moved jails. They deny me each time. The last reply they gave me concerning request was that "Nothing he did was against the rules or law." Trying to convince inmates to turn on me is a clear rule broke on his part along with law broke. They continue to have Deputy Hummer walk by me. He makes awkward weird eye contact and tries to mess with me. My P.T.S.D. has brought my anxiety to an all time high since this began and they continue to have him walk through our unit. They have him walk by me on purpous.

I also want to add that Sgt. Noriss lied about the video and said he could find nothing. He told me I was lying and that I must remember the incident wrong. He came to me with another Sgt. and told me the incident never happened and tried to turn it around on me. My PTSD & Anxiety was so high and my panick level was so bad I almost believed them.